**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TERRAFORM LABS PTE. LTD., *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 24-10070 (BLS)<br><br>(Jointly Administered) |
| JOHNNY CHANG,<br><br>Plaintiff,<br>v.<br><br>TERRAFORM LABS PTE. LTD. WIND DOWN TRUST,<br>Defendant. | Adversary Proceeding No. 26-50229 (BLS)<br><br>**Re: Adv. D.I. 1 & 4** |

**PLAN ADMINISTRATOR'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR DETERMINATION OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 541**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Todd R. Snyder, in his capacity as the Plan Administrator (the "Plan Administrator") for the above-captioned post-effective date debtors (the "Post-Effective Date Debtors," and prior to the Effective Date, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") moves to dismiss the *First Amended Complaint for Determination of Property of the Estate Pursuant to 11 U.S.C. § 541* [Adv. Docket No. 4] (the "Adversary

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903. The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder. The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

Complaint").[2] In support of this motion, the Plan Administrator relies upon and incorporates the contemporaneously filed *Memorandum of Law in Support of the Plan Administrator's Motion to Dismiss the First Amended Complaint for Determination of Property of the Estate Pursuant to 11 U.S.C. § 541* (the "Memorandum").

Pursuant to Bankruptcy Rule 7012, the Plan Administrator consents to the entry of a final order or judgment by the Court in connection with this motion if it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**WHEREFORE**, for the reasons set forth in the Memorandum, the Plan Administrator respectfully requests that this Court enter an order, substantially in the form attached as **Exhibit A** hereto, (i) dismissing all Counts of the Complaint for failure to state a claim, and (ii) granting any such other and further relief as the Court deems just and proper.

[*Signature page follows*]

[2] The Amended Complaint amends the *Complaint for Determination of Property of the Estate Pursuant to 11 U.S.C. § 541* [Docket No. 1].

Dated: July 20, 2026
Wilmington, Delaware

*/s/ Zachary I. Shapiro*

**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com
steiger@rlf.com

*Co-Counsel for the Defendant*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Elizabeth Helen Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email christopher.greco@kirkland.com
elizabeth.jones@kirkland.com

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email chris.koenig@kirkland.com
casey.mcgushin@kirkland.com

*Co-Counsel for the Defendant*