# **Exhibit A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TERRAFORM LABS PTE. LTD., *et al.*,[1]<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 24-10070 (BLS)<br><br>(Jointly Administered) |
| JOHNNY CHANG,<br><br>Plaintiff,<br>v.<br><br>TERRAFORM LABS PTE. LTD. WIND DOWN TRUST,<br>Defendant. | Adversary Proceeding No. 26-50229 (BLS)<br><br>**Re: Adv. D.I. 1, 4 & _** |

**ORDER GRANTING**
**THE PLAN ADMINISTRATOR'S MOTION TO DISMISS**
**THE FIRST AMENDED COMPLAINT FOR DETERMINATION**
**OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 541**

Upon consideration of the *Plan Administrator's Motion to Dismiss the First Amended Complaint for Determination of Property of the Estate Pursuant to 11 U.S.C. § 541* (the "Motion")[2] filed by Defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure; and the Court finding that (a) the Court has jurisdiction over this matter and (b) notice of the Motion was adequate under the circumstances; and the Court having determined that the legal and factual

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903. The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder. The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

bases set forth in the Motion and the Memorandum establish just cause for the relief requested therein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.
2. All Counts in the Adversary Complaint are dismissed with prejudice.
3. This Court shall retain jurisdiction to interpret and implement the provisions of this Order.